# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Fleury

                        Plaintiff,

v.                                                   Case No.: 1:22–cv–03862
                                                          Honorable Virginia M. Kendall

General Motors LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's individual claims are dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a) and Stipulation to Dismiss [98]. The claims of the putative class are dismissed without prejudice and without costs. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.